ELIZABETH MCAULIFF, Individually and as Administratrix of the Estate of JOHN MCAULIFF, Deceased, et al., Appellants, *v.* MARY E. HUGHES et al, Defendants, and ELIZABETH ELLIOTT, Respondent.

*McAuliff* v. *Hughes,* 148 App. Div. 907, affirmed.
(Argued March 25, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 26, 1912, affirming a judgment in favor of defendant respondent entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the partition of real property.

*Adelbert W. Boynton* for appellants.

*Patrick J. Tierney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.